IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Checker Car Club of America, Inc., | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 17cv1865 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Joseph Fay, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

    Magistrate Judge Status hearing held. The Court addressed the parties' disagreements over the terms of settlement agreement and resolved all disputes with respect to the final terms of the agreement. Because the Court finds that an agreement in principle had been reached at the settlement conference, the agreement was placed on the record, and the essential terms of that agreement are definite and certain, the Court finds that the oral settlement agreement is enforceable under Illinois law. *See Dillard v. Starcon Intern*, 483 F.3d 502, 507 (7th Cir. 2007), citing to *Quinlan v. Stouffe*, 355 Ill.App.3d 830, 291 Ill.Dec. 305, 823 N.E.2d 597, 603 (2005) (whether a "meeting of the minds" occurred depends on the parties' objective conduct, not their subjective beliefs); *Paxton–Buckley–Loda Educ. Ass'n, IEA–NEA v. Ill. Educ. Labor Relations Bd.*, 304 Ill.App.3d 343, 237 Ill. Dec. 908, 710 N.E.2d 538, 544 (1999). Further, the Court reviewed the transcript memorializing the oral agreement, and heard argument from counsel. Because Defendant's objection as to the language related to Defendant's use of "Internet Checker Taxicab Archive" or its acronym "ICTA" is premised on Defendant's potential change-of-heart, as opposed to any ambiguity in the agreement, the Court does not need to hold a full evidentiary hearing on this issue. *Sims-Madison v. Inland Paperboard & Packaging, Inc.*, 379 F.3d 445, 449 (7th Cir. 2004). Plaintiff shall memorialize the final settlement agreement, consistent with the terms stated on the record, and Defendant shall sign the agreement within 14 days. Status hearing set for 6/15/17 at 9:15 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary.

T: (00:23)

Date: June 1, 2017

                                                             M. David Weisman
                                                             United States Magistrate Judge