IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHECKER CAR CLUB OF AMERICA, INC.,
an Indiana corporation,

    Plaintiff,

v.

JOSEPH FAY, an individual, d/b/a CHECKER CAB CLUB,

    Defendant.

Case No. 17-cv-01865

Judge: Elaine E. Bucklo

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to a settlement agreement and subject to the approval of the Court, that on or before 100 days after the Execution Date, the case shall be dismissed with prejudice without further order of the Court.

Dated: June __1__, 2017

Daliah Saper
ds@saperlaw.com
Matthew R. Grothouse
matt@saperlaw.com
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
Phone: (312) 527-4100

*Attorneys for Plaintiff*

Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 East Woodfield Road Suite 800
Schaumburg, IL 60173
Phone: (847) 969-9123
Fax: (847) 969-9124

*Attorneys for Joseph Fay*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2017 the foregoing

## JOINT STIPULATION OF DISMISSAL

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filings to Defendant's counsel of record:

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
ARDC No.: 6283932
(312) 527-4100
ds@saperlaw.com